THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00084-MR-DLH

| | |
|---|---|
| EUGENE "SHERLOCK" HOLMES, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>TIM MOORE, et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the *pro se* Plaintiff's "Writ of Certiorari Coram Nobis Fed. R. Civil P. 60-B." [Doc. 5].

Mindful that *pro se* pleadings should be construed liberally, Erickson v. Pardus, 551 U.S. 89, 94 (2007), the Court shall treat the Plaintiff's present filing as a motion pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. Upon review of the motion, the Court concludes that the Plaintiff is not entitled to relief pursuant to Rule 60.

**IT IS, THEREFORE, ORDERED** that the *pro se* Plaintiff's "Writ of Certiorari Coram Nobis Fed. R. Civil P. 60-B" [Doc. 5], which is construed as a motion pursuant to Federal Rule of Civil Procedure 60(b), is **DENIED**.

**IT IS FURTHER ORDERED** that the Plaintiff is hereby advised of his right to appeal this Order to the Court of Appeals for the Fourth Circuit within thirty (30) days from the entry of this Order.

**IT IS SO ORDERED.**   Signed: April 26, 2014

Martin Reidinger
United States District Judge